**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ANGELA REED**, | ] | Case No. 3:26-cv-00353 |
| | ] | |
| Plaintiff, | ] | Judge Thomas M. Rose |
| | ] | Magistrate Judge Peter B. Silvain, Jr. |
| v | ] | |
| | ] | **ORDER GRANTING JOINT MOTION TO ADJOURN CASE MANAGEMENT CONFERENCE AND TO STAY PROCEEDINGS PENDING APPRAISAL** |
| **AMERICAN STRATEGIC INSURANCE CORP**, | ] | |
| | ] | |
| | ] | |
| Defendant. | ] | |
| | ] | |

* * * * * *

**IT IS HEREBY ORDERED THAT** the Joint Motion to Adjourn Case Management Conference and to Stay Proceedings Pending Appraisal (Doc. #11) is hereby **GRANTED,** and this matter is stayed through April 20, 2027.

A status teleconference is scheduled before United States District Judge Thomas M. Rose on **March 30, 2027**, at **10:30 a.m.**

Date: November 2, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge